1  Miles F. Ehrlich (CSB 237954)
   Amy E. Craig (CSB 269339)
2  RAMSEY & EHRLICH LLP
3  803 Hearst Avenue
   Berkeley, CA 94710
4  (510) 548-3600
   (510) 291-3060 fax
5  miles@ramsey-ehrlich.com
6  amy@ramsey-ehrlich.com

7  Attorneys for Defendant
   *John Ching En Lee*
8

**FILED**

APR 17 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9
10              UNITED STATES DISTRICT COURT
11             NORTHERN DISTRICT OF CALIFORNIA
12                 SAN FRANCISCO DIVISION

13
14  UNITED STATES,                    Case No.: 14-MJ-70256

15          Plaintiff;
                                      STIPULATION AND [~~PROPOSED~~] ORDER TO
16      vs.                           CONTINUE STATUS CONFERENCE

17  JOHN CHING EN LEE,
                                      Court:  Judge Joseph C. Spero
18          Defendant.                Date:   April 29, 2014
                                      Time:   9:30 a.m.
19                                    Room:   Courtroom G, 15th Floor
20
21
22
23
24
25
26
27
28                                  - 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
14-MJ-70256

1    The parties hereby stipulate and request that this Court continue the status conference in
2   this matter from Tuesday, April 29, 2014 to Tuesday, May 20, 2014, at 9:30 a.m.  This
3   continuance is requested to allow the defense time to review discovery, conduct legal research,
4   and provide factual and legal information to the United States.  This continuance will also allow
5   sufficient time for the parties to engage in discussions regarding coming to an agreed-upon
6   resolution in this matter.

7    The parties, therefore, request that this Court exclude time pursuant to 18 U.S.C. §
8   3161(b) (which governs the timing for return of an indictment or information), and extend the
9   time within which defendant is entitled to a preliminary hearing pursuant to Federal Rules of
10   Criminal Procedure 5.1(c) and (d).

11

12   IT IS SO STIPULATED.

13

14   Dated: April 16, 2014                         Respectfully Submitted,
15                                                  /s/
16
17                                                  Miles Ehrlich
                                                    Amy Craig
18                                                  Ramsey & Ehrlich LLP
                                                    *Counsel to John Ching En Lee*
19

20                                                  /s/
21                                                  James C. Mann
22                                                  Assistant United States Attorney
23   IT IS SO ORDERED.
24
25
26   Dated:  4/17/14                               Judge Joseph C. Spero
27                                                  JOSEPH C. SPERO
                                                    United States District Judge
28                                            - 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
14-MJ-70256