UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CHING EN LEE,<br><br>Defendant. | Case Nos. 15-cr-00541-SI-1<br>18-cv-06223-SI<br><br>**JUDGMENT** |

The Court has denied defendant John Ching En Lee's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 28, 2019

_____
SUSAN ILLSTON
United States District Judge